UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY,
GEICO GENERAL INSURANCE COMPANY and
GEICO CASUALTY COMPANY,

Docket No.:
1:22-cv-03245-ENV-LB

Plaintiffs,

-against-

PRABHAT SONI, M.D. et al.,

Defendants.
---------------------------------------------------------------X

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty Company (collectively, "Plaintiffs") and Defendants, Prabhat Soni, M.D. and Pulmonary and Sleep Medical, P.C. (collectively, the "Defendants") that all claims by Plaintiffs against the Defendants are dismissed without prejudice pursuant to Fed. R. Civ. Proc. 41(a). Plaintiffs and the Defendants shall bear their own costs and attorneys' fees in connection with the prosecution and/or defense of this action.

Dated: __March 1__, 2023

RIVKIN RADLER LLP

By: _____
Barry I. Levy, Esq.
926 RXR Plaza
Uniondale, New York 11556

*Counsel for Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty Company*

SCHWARTZ, CONROY & HACK, P.C.

By: *Matthew J. Conroy*
Matthew Conroy, Esq.
666 Old Country Road, Ninth Floor
Garden City, New York 11530

*Counsel for Defendants, Prabhat Soni, M.D. and Pulmonary and Sleep Medical, P.C.*

**Application Granted**
**SO ORDERED**
**Brooklyn, New York**
**Dated:** 3/2/2023

/s/ Eric N. Vitaliano
_____
**Eric N. Vitaliano**
**United States District Judge**
The Clerk is directed to close this case.



WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**BARRY I. LEVY**
PARTNER
(516) 357-3149
barry.levy@rivkin.com

March 1, 2023

<u>Via ECF</u>
Honorable Eric N. Vitaliano
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    **Government Employees Insurance Company et al v. Soni et al**
            **Docket No.: 1:22-cv-03245-ENV-LB**

Dear Judge Vitaliano:

I write pursuant to Magistrate-Judge Bloom's February 8, 2023 order in this matter. Enclosed please find an executed stipulation of dismissal without prejudice to be so-ordered by the Court at Your Honor's convenience.

The Court's continuing attention to this matter is appreciated.

                          Respectfully submitted,

                          RIVKIN RADLER LLP

                          *Barry I. Levy*

                          Barry Levy

cc:    Magistrate-Judge Lois Bloom
       All counsel (by ECF)

66 South Pearl Street, 11th Floor    25 Main Street    477 Madison Avenue    2649 South Road
Albany, NY 12207-1533    Court Plaza North, Suite 501    New York, NY 10022-5843    Poughkeepsie, NY 12601-6843
T 518.462.3000 F 518.462.4199    Hackensack, NJ 07601-7082    T 212.455.9555 F 212.687.9044    T 845.473.8100 F 845.473.8777
                            T 201.287.2460 F 201.489.0495

6183881.v1